# United States District Court
Middle District of Florida
Suite 6750
401 W. Central Blvd.
Orlando, Fl 32801-0675

**Anne C. Conway**
Chief United States District Judge

407-835-4270

June 10, 2009

The Honorable Bobby R. Baldock
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N. E.
Washington, D. C. 20544

2009 JUN 16 A 10: 57
FINANCIAL
DISCLOSURE OFFICE
RECEIVED

Dear Judge Baldock:

This letter is in response to your letter of May 27, 2009 concerning my 2008 Financial Disclosure Report. In Part VII, page 4, line 10, and page 5, lines 18 - 20, I reference fn1 in Part VIII which provides "Estimated value used because the owner of the asset will not provide current information".

I made a good faith effort to obtain information so that I could estimate values. I have provided all information available to me. Despite this good faith effort, I have no way to estimate the values of the assets in Part VII, page 4, line 10, and page 5, lines 18-20. Likewise I have no additional information concerning the IRA listed in Part VII, page 5, line 18 because the owner of the asset will not provide that information.

Thank you for your consideration to this matter.

Sincerely,



Anne C. Conway

Conway_Anne_C

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conway, Anne C. | Middle District of Florida | 04/27/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States District | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Room 6750 <br> 401 W. Central Blvd <br> Orlando, Fl 32801- 0675 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. Trustee | Law Center Council, University of Florida College of Law |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -4 P 3: 23 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Laurel Homes, Inc. Salary |
| 2. 2008 | Laurel Builders, Inc. Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Florida | 05/25-30/08 | Rio de Janero, Brazil | Law in Americas seminar | airfare, food, lodging |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ · ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ltd. Partner, Robinson Properties, Ltd. | D | Distribution | M | U | | | | | |
| 2. Merrill Lynch CMA fund | A | Interest | | | Closed | 9/05 | J | A | |
| 3. Duplex residence, rental property, Orlando, Fl | D | Rent | M | R | | | | | see Part VIII |
| 4. Carlton Fields profit sharing trust | | None | M | T | | | | | |
| 5. Wachovia Bank | A | Interest | J | T | | | | | |
| 6. Wachovia Bank common stock | | None | J | W | | | | | |
| 7. Hubbel, Inc Class B common stock | B | Dividend | K | W | | | | | |
| 8. VF Corporation common stock | C | Dividend | K | W | | | | | see fn 1 |
| 9. Laurel Homes, Inc common stock | B | Interest | P1 | U | | | | | |
| 10. Arbor Properties, Inc common stock | D | Interest | | | | | | | see fn 1 |
| 11. Customer Service, Inc common stock | C | Interest | K | W | | | | | see fn 1 |
| 12. Laurel Agency, Inc. common stock | | None | K | W | | | | | see fn 1 |
| 13. Metretek, Inc common & preferred stock | | None | J | W | | | | | see fn 1 |
| 14. Johnson, Motsinger, Trismen & Sharp partnership | | None | J | W | | | | | see fn 1 |
| 15. Laurel Builders, Inc common stock | | None | O | W | | | | | see fn 1 |
| 16. Schrimsher Exploration, Ltd - Ltd partner | A | Interest | J | W | | | | | |
| 17. Duplex rental property Orlando, Fl | D | Rent | M | R | | | | | see Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Merrill Lynch IRA | | | | | | | | | see fn 1 |
| 19. Wachovia Bank - checking acct | A | Interest | | | | | | | see fn 1 |
| 20. Merrill Lynch CMA fund | F | Dividend | | | | | | | see fn 1 |
| 21. Trust income beneficial interest | D | Interest | | | | | | | see fn 2 |
| 22. Gucci, Inc common stock | | None | | | Sold | 9/05 | K | D | |
| 23. MS active assests account | A | Interest | L | T | | | | | |
| 24. MS Allianz NFJ mutual fund | A | Dividend | J | T | | | | | |
| 25. IRA 2 MS IVY Asset Strategy mutual fund | A | Dividend | J | T | | | | | |
| 26. MS Euro Equity Growth B mutual fund | | None | | | Sold | 1/07 | J | B | |
| 27. IRA 1 MS Focus Growth B mutual fund | | None | | | Sold | 1/07 | J | A | |
| 28. MS Div Growth B mutul fund | | None | | | Sold | 1/07 | K | A | |
| 29. Robinson Property Ltd, General partner | D | Distribution | M | U | | | | | |
| 30. Robinson Property Ltd, Limited partner | D | Distribution | M | U | | | | | |
| 31. MS Capital Opportunities mutual fund | | None | | | Sold | 1/07 | J | A | |
| 32. MS (American Opportunities) Focus Growth mutual fund (1) | | None | | | Sold | 7/09 | K | A | |
| 33. Oppenheimer Quest Bal Val A mutual fund (1) | A | Dividend | J | T | | | | | |
| 34. Berkshire Hathaway B | | None | K | T | | | | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 1/09 | K | | |
| 36. Community Bank & Turst CD | | None | K | T | | | | | |
| 37. CNLBank CD | A | Interest | | | Buy | 9/22 | K | | |
| 38. | | | | | Sold | 12/30 | K | | |
| 39. INDYMAC Bank CD | A | Interest | | | Buy | 1/11 | K | | |
| 40. | | | | | Sold | 7/31 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII  par. 3 Duplex property  costing $78,891 acquired 4/1/82

Part VII  par. 17 Duplex property costing $78,891 acquired 4/1/82


Footnote 1: Estimated value used because the owner of the asset will not provide current information.

Footnote 2: Trust Common stocks: Exxon-Mobile Corp, Minnesota Mining & Manufacturing, Wachovia Bank.  No additional information on trust assets is available.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES O
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544